No. 378. CALIFORNIA APPAREL CREATORS ET AL. *v.* WIEDER OF CALIFORNIA, INC. ET AL. ▮ Certi-

orari denied. *Max Feingold* for petitioners. *Leon Lauterstein* for respondents.